In the Matter of Morris Zuckman et al., Appellants, against Thomas F. Donohue et al., Constituting the Board of Elections of Albany County, Respondents, and John J. Kiley et al., Respondents.

Argued August 20, 1948; decided August 20, 1948.

*Milton H. Friedman, Morris Zuckman* and *Sidney Fox* for appellants.

*Daniel H. Prior* for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY and DYE, JJ. DESMOND and FULD, JJ., dissent and vote to reinstate the order of Special Term in the following memorandum: " The court, all agree, may review the facts and determine where the weight

of evidence lies (Civ. Prac. Act, §§ 440, 602, 605). We differ with the majority in that we believe that the weight of evidence favors the determination made at Special Term. Taking no part: THACHER, J.